UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HECTOR M. ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-72–JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| KT CONTRACT SERVICES, *et al.*, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before October 1, 2010, Plaintiff, Hector Roman shall file a updated/current Application to Proceed *In Forma Pauperis*

IT IS FURTHER ORDERED that the Clerk shall send the Plaintiff a blank copy of an Application to Proceed *In Forma Pauperis* (Long Form) along with a copy of this Order.

DATED this   2d   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge